

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON EMERGENCY MOTION

Appellate case name:     In re Roylynn Hunter Vor Nickerson

Appellate case number:   01-21-00637-CV

Trial court case number: 15-FD-0387

Trial court:             306th District Court of Galveston County

Date motion filed:       November 15, 2021

Party filing motion:     Relator


It is ordered that the motion for emergency temporary relief is **denied**. *See* TEX. R. APP. P. 52.10.


Judge's signature: _____/s/ Sherry Radack_____
                   ☒  Acting individually

Date:  ____November 15, 2021_____